FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 21 2017 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CARMEN MERCADO,

                          Plaintiff,

        -against-

PLAZA MOTORS OF BROOKLYN, INC. and
RICHARD DURGIN, Individually,

                          Defendants.
------------------------------------------------------------------X

16-CV-05094 (ILG)(JO)

STIPULATED ORDER OF
DISMISSAL

IT IS HEREBY STIPULATED that this action has been discontinued and is hereby dismissed with prejudice, without costs to any party against any other. By submitting this Stipulation the Parties hereby request that any and all pending applications be deemed withdrawn with prejudice. This Stipulation may be filed with the Court without further notice to any party.

Dated: March 20, 2017

_____
Casey Wolnowski, Esq.
Phillips & Associates
Attorneys for Plaintiff
45 Broadway, Suite 620
New York, NY 10006
(212) 248-7431

_____
Jamie S. Felsen, Esq.
Milman Labuda Law Group PLLC
Attorneys for Defendants
3000 Marcus Ave., Ste. 3W8
Lake Success, NY 11042
3000 Marcus Avenue, Suite 3W8
(516) 328-8899

So Ordered

    I. Leo Glasser
_____
I. Leo Glasser, U.S.D.J.

9